IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:25CR<s>216</s> |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | 18 U.S.C. §§ 2113(a) and 2 |
| WILDERMAL MARQUEZ BREA and ORLANDO MIRABAL, | 18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B), and 2 |
| Defendants. | |

The Grand Jury charges that:

## COUNT I

From on or about September 17, 2025, and continuing through on or about September 18, 2025, in the District of Nebraska, the defendants, WILDERMAL MARQUEZ BREA and ORLANDO MIRABAL, and other individuals known and unknown to the Grand Jury, did enter or attempt to enter a building used in whole or in part as the Equitable Bank at 619 N Diers Avenue, Grand Island, Nebraska, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, with the intent to commit a larceny and attempted to obtain $42,780.

In violation of Title 18, United States Code, Sections 2113(a) and 2.

## COUNT II

From on or about September 17, 2025, and continuing through on or about September 18, 2025, in the District of Nebraska, the defendants, WILDERMAL MARQUEZ BREA and ORLANDO MIRABAL, and other individuals known and unknown to the Grand Jury, did knowingly attempt to cause the transmission of a program, information, code, and command and, as a result of such conduct, intentionally cause damage, without authorization, to a protected computer exclusively for the use of a financial institution and used by or for a financial

1

institution, to wit: the computer system contained within the ATMs at the Equitable Bank at 619 N Diers Avenue, Grand Island, Nebraska, listed below and to a protected computer used in and affecting interstate commerce and communication, and the offense if completed would have caused a loss to persons during a 1-year period from the defendant's course of conduct affecting protected computers aggregating at least $5,000 in value.

In violation of Title 18, United States Code, Sections 1030(a)(5)(A), (c)(4)(B), and 2.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
SEAN P. LYNCH, #25275
Assistant U.S. Attorney