IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>vs.<br><br>WILDERMAL MARQUEZ BREA and<br>ORLANDO MIRABAL,<br><br>           Defendants. | 8:25CR215<br><br>MOTION TO DISMISS |

COMES NOW Plaintiff, United States of America, by and through the United States Attorney for the District of Nebraska, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, respectfully requests leave to dismiss, without prejudice, the Indictment (Filing No. 27) filed herein as to Defendants, WILDERMAL MARQUEZ BREA and ORLANDO MIRABAL due to the Indictment filed in Case No. 8:26CR7.

                                                    UNITED STATES OF AMERICA,
                                                    Plaintiff

By: _____
                                                    LESLEY A. WOODS
                                                    United States Attorney
                                                    1620 Dodge Street, Suite 1400
                                                    Omaha, NE 68102

CERTIFICATE OF SERVICE

    I hereby certify that on February 18, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

                                                          s/ Sean P. Lynch
                                                          Assistant U.S. Attorney