IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

WILDERMAL MARQUEZ BREA and
ORLANDO MIRABAL,
               Defendants.

**8:25-CR-215**

**ORDER FOR DISMISSAL**

This matter is before the Court on the Government's Motion to Dismiss pursuant to Federal Rule of Criminal Procedure 48(a). Filing 40. The Government requests leave to dismiss, without prejudice, the Indictment, Filing 27, against defendants Wildermal Marquez Brea and Orlando Mirabal. The Court finds the Motion should be granted. Accordingly,

IT IS ORDERED that the Government's Motion to Dismiss, Filing 40, is granted, and the Indictment, Filing 27, against defendants Wildermal Marquez Brea and Orlando Mirabal is dismissed without prejudice.

Dated this 23rd day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge